No. 36,572

THE STATE OF KANSAS, *Appellee,* v. HARRY SEWARD, JR., *Appellant.*

(191 P. 2d 743)

Opinion on rehearing filed April 10, 1948. Former opinion adhered to. (For original opinion of reversal see 163 Kan. 136, 181 P. 2d 478.)

*Elisha Scott,* of Topeka, for the appellant.

*H. W. Harper* and *Roy W. Cliborn,* both of Junction City, argued the cause, and *Robert A. Schermerhorn,* county attorney, *Edward F. Arn,* attorney general, and *H. R. Fatzer,* assistant attorney general, were with them on the briefs for the appellee.

The opinion of the court was delivered by

SMITH, J.: This was a criminal prosecution. Defendant was convicted in the district court and appealed.

After the opinion reversing the judgment of the lower court was filed a rehearing was allowed the state. The appeal was reargued and submitted in March. Extended briefs were filed by both the state and the defendant. This court adheres to the order of reversal.